UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-23988-CIV-WILLIAMS/TURNOFF

KAYME MARQUEZ and all others similarly )
situated under 29 U.S.C. 216(B)  )
 )
         Plaintiff, )
vs. )
 )
ALBERTO SUAREZ d/b/a CUATRO CAMINOS )
CAFETERIA )
 )
         Defendants )
_____ )

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order D.E. 4, and hereby file Plaintiff's amended statement of claim and states as follows:

**FEDERAL OVERTIME AND MINIMUM WAGE CLAIMS**

1. Period of Claim: November 4, 2010 through September 25, 2013 less 3 weeks: 147 weeks.

2. Approximation of hours worked per a week: 56.

3. Average hourly wage: $3.75/hr.

4. Applicable Federal Minimum Wage: $7.25/hr.

5. Halftime overtime rate based on Federal Minimum Wage: $3.62/hr.

6. Calculation of minimum wages owed: 56 hours a week multiplied by $3.50/hr ($7.25/hr - $3.75/hr) multiplied by 147 weeks, equals $28,812 multiplied by 2 as liquidated damages, equals $57,624 plus reasonable fees and costs.

7. Calculation of overtime wages owed: 16 hours a week multiplied by $3.62/hr multiplied by 147 weeks, equals $8,514.24 multiplied by 2 as liquidated damages, equals $17,028.48 plus reasonable fees and costs.

8. Total Federal minimum and overtime wages: **$74,652.48.**

**FLORIDA MINIMUM WAGE CLAIM**

**Period Claimed: 3/1/10 – 5/31/11**
  Weeks: **65** weeks (rounded down)
  Hours (worked per week:) **56** hours
  State Minimum wage (defaulted to Federal minimum wage): $7.25/hr.
  Wage paid: $3.75/hr
  Wage owed: $3.50/hr
  Amount owed: $3.50/hr X 65 weeks X 56 hours = **$ 12,740**

**Period Claimed: 6/1/11 – 12/31/11**
  Weeks: **30** weeks (rounded down)
  Hours (worked per week:) **56** hours
  State Minimum wage: $7.31/hr.
  Wage paid: $3.75/hr
  Wage owed: $3.56/hr
  Amount owed: $3.56/hr X 30 weeks X 56 hours = **$ 5,980.80**

**Period Claimed: 1/1/12 – 12/31/12**
  Weeks: **52** weeks (rounded down)
  Hours (worked per week:) **56** hours
  State Minimum wage: $7.67/hr.
  Wage paid: $3.75/hr
  Wage owed: $3.92/hr
  Amount owed: $3.92/hr X 52 weeks X 56 hours = **$ 11,415.04**

**Period Claimed: 1/1/13 – 9/25/13 (minus 3 weeks)**
  Weeks: **35** weeks (rounded down)
  Hours (worked per week:) **56** hours
  State Minimum wage: $7.79/hr.
  Wage paid: $3.75/hr
  Wage owed: $4.04/hr
  Amount owed: $4.04/hr X 35 weeks X 56 hours = **$ 7,918.40**

**Total Florida Minimum Wage Claim: $38,054.24 x 2 for liquidated damages = $76,108.48**

*Where the Federal Minimum Wage Claim and Florida Minimum Wage Claim overlap, Plaintiff is claiming the higher of the two applicable rates.

9. Fees incurred to date $1,935.00 broken down as follows:

   1) J.H. Zidell, Esq. 1.5 hours at an hourly rate of $350/hr. = $525

   2) Daniel T. Feld, Esq. .6 hours at an hourly rate of $250/hr. = $150.

   3) Christopher Cochran, Esq. 6.3 hours at an hourly rate of $200/hr. = $1,260.

**Respectfully submitted,**

**CHRISTOPHER COCHRAN, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: CNC02G@GMAIL.COM**
**F.B.N. 0084088**
**BY:__/s/_____Christopher Cochran_____**
**CHRISTOPHER COCHRAN, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 11/26/13 TO:**

**(NO COUNSEL HAS APPEARED YET)**

**BY:__/s/_____Christopher Cochran_____**
**CHRISTOPHER COCHRAN, ESQ.**