| | | | | |
|---|---|---|---|---|
| | United States District Court | | | |
| | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION | | | |
| KAYME MARQUEZ and all others similarly situated under 29 U.S.C. 216(b)<br><br>        Plaintiff,<br>  vs.<br><br>ALBERTO SUAREZ D/B/A CUATRO CAMINOS CAFETERIA<br><br>        Defendants. | | | **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 13-23988-CIV-WILLIAMS/TURNOFF | |
| PRESIDING JUDGE<br>Honorable<br>JUDGE WILLIAMS | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | | DEFENDANT'S ATTORNEY<br>Diane Patricia Perez, Esq.<br>Diane Perez, P.A.<br>Second Floor<br>2332 Galiano Street<br>Coral Gables, FL 33134 | |
| TRIAL DATE(S) | | | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | |
|---|---|---|---|---|
| 1 | | | | Plaintiff, Kayme Marquez c/o J.H. Zidell P.A. |
| 2 | | | | Defendant, Alberto Suarez c/o Diane Perez, P.A. |
| 3 | | | | Daniel Martinez, 1126 SW 5th Street, Apt. 302, Miami, Florida 33130 |
| 4 | | | | Maria De Los Angeles Berovides, 1046 NW 3rd Street, Apt. A10, Miami, Florida 33128 |
| 5 | | | | Dayvis Mateo, unknown address. |
| 6 | | | | Impeachment witnesses. |
| 7 | | | | Rebuttal witnesses |
| 8 | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |

Witness List – Kayme Marquez