| United States District Court |||
|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |||
| KAYME MARQUEZ and all others similarly situated under 29 U.S.C. 216(b)<br><br>        Plaintiff,<br>   vs.<br><br>ALBERTO SUAREZ D/B/A CUATRO CAMINOS CAFETERIA<br><br>        Defendants. || **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 13-23988-CIV-WILLIAMS/SIMONTON |
| PRESIDING JUDGE<br>Honorable<br>JUDGE WILLIAMS | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Rafael Viego, III, Esq.<br>4300 Biscayne Blvd.<br>Suite 305<br>Miami, FL 33137 |
| TRIAL DATE(S)<br>October 19, 2015 |||

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | | |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, Kayme Marquez c/o J.H. Zidell P.A. |
| 2 | | | | | Defendant, Alberto Suarez c/o Diane Perez, P.A. |
| 3 | | | | | Daniel Martinez, 1126 SW 5th Street, Apt. 302, Miami, Florida 33130 |
| 4 | | | | | Maria De Los Angeles Berovides, 1046 NW 3rd Street, Apt. A10, Miami, Florida 33128 |
| 5 | | | | | Deibis Mateo, 10710 SW 6th Street, Apt. 1, Miami, Florida 33174 |
| 6 | | | | | Yurami Duran, unknown address. |
| 7 | | | | | Edulvis Matos Mendoza, unknown address. |
| 8 | | | | | Yanine Mena, 9591 Fountain Blue Blvd., Apt. #502, Miami, Florida 33172, Tel: (786) 597-1607 |
| 9 | | | | | Ania Gomez, 15455 SW 75 Circle Lane, Miami, Florida 33193, Tel: (786) 548-7972 |
| 10 | | | | | Maria Alvarez, unknown address. |
| 11 | | | | | Eva (unknown last name), unknown address. |

Witness List – Kayme Marquez

| | | | | |
|---|---|---|---|---|
| 12 | | | | Miriam Monteagudo c/o Espinosa-Jomarron P.A. |
| 13 | | | | Luis Hernandez, unknown address. |
| 14 | | | | Armando (unknown last name), unknown address. |
| 15 | | | | Miriam Ortega, 1427 NW 24th Street, Miami, Florida 33142, Tel: (786) 447-5074 |
| 16 | | | | Impeachment witnesses. |
| 17 | | | | Rebuttal witnesses |
| 18 | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |
| | | | | |

Witness List – Kayme Marquez