UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**CASE NO.: 13-23988-CIV-WILLIAMS/TURNOFF**

KAYME MARQUEZ and all others similarly
situated under 29 U.S.C. 216(B),

    Plaintiff,

v.

ALBERTO SUAREZ d/b/a CUATRO
CAMINOS CAFETERIA,

    Defendant.
_____/

## NOTICE OF HEARING ON THE PARTIES' DISPUTE OVER WHETHER THE DEPOSITION OF DEFENDANT CAN BE HAD

Defendant ALBERTO SUAREZ d/b/a CUATRO CAMINOS CAFETERIA (**"Defendant"**), pursuant to the Court's Scheduling Order [D.E. 51], hereby files this Notice of Hearing to address a discovery dispute between the parties over whether the deposition of Defendant can be had before The Honorable Magistrate Judge Andrea M. Simonton on December 17, 2014, at 10:30 a.m.

[SIGNATURE, CERTIFICATE OF CONFERRAL, AND SERVICE BLOCK NEXT PAGE.]

Respectfully submitted,

By: /s/ Rafael Viego III
    Rafael Viego III, Esq.
    Florida Bar No. 60967
    Counsel for Defendant
    **ESPINOSA | JOMARRON**
    4300 Biscayne Boulevard, Suite 305
    Miami, Florida 33137
    Tel: 305-717-7530
    Fax: 305-717-7539
    E-mail: rviego@ejtrial.com

## CERTIFICATE OF GOOD FAITH CONFERRAL

Jesmany Jomarron, Esq., contacted Christopher Cochran, Esq., via telephone in an effort to resolve the discovery dispute but no agreement was reached.

By: /s/ Rafael Viego III
    Rafael Viego III, Esq.
    Florida Bar No. 60967

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of this document was served via CM/ECF this 8th day of December, 2014, upon: Jamie H. Zidell, Esq., Daniel Feld, Esq., and Chris Cochran, Esq., 300 71st Street, Suite 605, Miami Beach, Florida 33141, zabogado@aol.com, danielfeld.esq.@gmail.com, cnc02g@gmail.com.

By: /s/ Rafael Viego III
    Rafael Viego III, Esq.
    Florida Bar No. 60967